UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN DAVILA,

        Plaintiff,

    v.

SPECIAL LEARNING INC., et al.,

        Defendants.

Case No. 22-mc-80162-WHO

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 29

On May 13, 2021, plaintiff Juan Davila was awarded a judgment in the amount of $96,213.90 against defendants Special Learning, Inc., Ever Learning Management, Inc., and Learning Global, Inc., in the United States District Court for the Northern District of Illinois. Dkt. No. 1-1. Davila later registered the judgment in the United States District Court for the Northern District of California. Dkt. No. 1.

A judgment-debtor examination of non-party Karen Chung, who is the president of defendants Special Learning and Learning Management, was set in this court for February 5, 2024, and then reset to April 8, 2024, after attempts to serve Chung failed. *See* Dkt. Nos. 13, 18. Chung was served with notice of the April 8, 2024, hearing but failed to appear. On April 20, 2024, she was served with another notice to appear at a rescheduled examination set for June 3, 2024, at which she also failed to appear. Dkt. No. 21. On June 7, 2024, Magistrate Judge Laurel Beeler ordered Chung to appear on June 24, 2024, and ordered her to show cause as to why she should not be adjudged in contempt of court and punished accordingly for willfully disobeying the court's orders. Dkt. No. 23. Chung failed to appear at that hearing as well.

On April 10, 2025, Davila moved for the court to hold Chung in contempt and suggested that the court amend the judgment to add Chung as a judgment debtor. Dkt. No. 29. Because not

all parties have appeared in this case or consented to a magistrate judge, Judge Beeler ordered Chung to appear before a district judge and show cause as to why she should not be held in contempt and added as a judgment debtor. Dkt. No. 30. This case was reassigned to me for that limited purpose. Dkt. No. 31.

**A hearing on whether to impose civil contempt sanctions on Chung, and in what amount, will be held by Zoom videoconference on June 24, 2025, at 2:00 p.m.** In light of Chung's repeated failures to appear at hearings set by this court, Chung is ORDERED TO SHOW CAUSE on or before that hearing, if she is able, as to why she should not be found in civil contempt, and, given her continued noncompliance with the Orders of Judge Beeler, why this court should not assess against her a fine in the amount of $10,000, plus the cost of attorney fees incurred by the plaintiff as a result of her failure to appear at three separate court-ordered hearings. That would seem the minimum sanction necessary to obtain compliance. Chung shall file a response to this Order To Show Cause on or before June 20, 2025.

**IT IS SO ORDERED.**

Dated: June 10, 2025



William H. Orrick
United States District Judge